IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUADALUPE ADAMS,

    Plaintiff,

v.     Case No. 6:15-1060-JTM-KGG

AVSAR HOTEL ENTERPRISE, INC.,
A Corporation

    Defendant.

**DEFAULT JUDGMENT**

Plaintiff Guadalupe Adams seeks injunctive relief and attorney's fees against defendant Avsar Hotel Enterprise, Inc. for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. ("ADA"). Plaintiff filed her Complaint on March 1, 2015, and served Avsar Hotel on March 18. Avsar Hotel has not appeared personally or by a representative, and has not responded to plaintiff's Complaint. At plaintiff's request, the Clerk entered default against Avsar Hotel on June 5.

On October 20, 2015, plaintiff filed a Motion for Default Judgment seeking attorney's fees, expenses and costs, and injunctive relief as set forth in her Complaint. Dkt. 7. On November 19, 2015, this court issued an order directing Avsar Hotel to show cause why plaintiff's motion should not be granted within twenty (20) days of the entry of the order. Avsar Hotel has not responded to the order to show cause.

Pursuant to Fed. R. Civ. P. 55(b)(2), the court finds that Avsar Hotel has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time allowed

for such pleading or defense has ended. For good cause shown, the court hereby enters judgment against Avsar Hotel and in favor of the plaintiff for:

   a) injunctive relief as set forth in the Complaint;

   b) $ 7,419.50 in attorney's fees pursuant to 42 U.S.C. § 12205; and

   c) costs in the amount of $ 1,489.00 pursuant to 42 U.S.C. § 12205 and 28 U.S.C. § 1920.

**IT IS ACCORDINGLY ORDERED** this 21st day of January, 2016, that plaintiff's Motion for Default Judgment (Dkt. 7) is granted and that judgment is entered against Avsar Hotel in the amount of $ 8,908.50.

s/J. Thomas Marten_____
J. THOMAS MARTEN, JUDGE